|  | **O** |
|---|---|

# United States District Court
# Central District of California

| | |
|---|---|
| SHILIN JIANG, <br><br> Plaintiff, <br><br> v. <br><br> DA ZI CHEN et al., <br><br> Defendants. | Case № 2:19-cv-00482-ODW (AFMx) <br><br> **ORDER GRANTING DEFENDANT DA ZI CHEN'S UNOPPOSED MOTION TO SET ASIDE ENTRY OF DEFAULT [40]** |

On December 11, 2019, Defendant Da Zi Chen moved to set aside entry of default pursuant to Federal Rule of Civil Procedure 55(c). (Mot. to Set Aside Entry of Default ("Mot."), ECF No. 40.)  Defendant Chen noticed the hearing for January 13, 2020, and thus any opposition was due no later than December 23, 2019. *See* C.D. Cal. L.R. 7-9.  To date, the Court has received no opposition to Defendant Chen's Motion.  The failure to file a timely opposition may be deemed consent to the granting of a motion.  C.D. Cal. L.R. 7-12; *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995).

After carefully considering the papers filed in connection with the motion, the Court deems the matter appropriate for decision without oral argument.  Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15.  No party has opposed Defendant Chen's Motion and the Court finds Defendant Chen has shown good cause to set aside the entry of default

pursuant to Rule 55(c).  Accordingly, the Court hereby **GRANTS** Defendant Chen's unopposed Motion to Set Aside Entry of Default.  (ECF No. 40.)

The Court **ORDERS** Defendant Chen to file an answer or a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure by **January 20, 2020**.

**IT IS SO ORDERED.**

December 30, 2019

_____
                **OTIS D. WRIGHT, II
                UNITED STATES DISTRICT JUDGE**